51 So.2d 911

### Ida Rea WILLIAMS v. Z. W. JETT.

#### 7 Div. 57.

Supreme Court of Alabama.
Jan. 9, 1951.

H. C. Orme, Jr., of Gadsden, for appellant.

L. C. Wright, of Gadsden, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.

49 So.2d 922

### Hobart YOUNGBLOOD et al. v. Helen Nice MOSS.

#### 6 Div. 57.

Supreme Court of Alabama.
Nov. 30, 1950.

J. T. Johnson, of Oneonta, for appellants.
R. G. Kelton, of Oneonta, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.